1  SUSAN HEANEY HILDEN, ESQ., (Bar No. 5358)
   LITTLER MENDELSON
2  50 West Liberty Street, Suite 400
3  Reno, NV 89501
   Telephone: 775-348-4888
4  Facsimile: 775-786-0127

5  Attorneys for Defendant
   FED-EX CORPORATION
6

7  IAN SILVERBERG, ESQ. (Bar No. 5501)
   HARDY LAW GROUP
8  96 Winter Street
   Reno, NV 89501
9  Telephone: 775-786-5800

10
   Attorney for Plaintiff
11 DAWN MACKEY

12

13              IN THE UNITED STATES DISTRICT COURT

14                      DISTRICT OF NEVADA

15

16 DAWN MACKEY, formerly known as
   DAWN JOHNSON,                        Case No. CV-N-05-0205-ECR (RAM)
17
              Plaintiff,
                                        **STIPULATION FOR DISMISSAL WITH**
18 vs.                                  **PREJUDICE; ORDER**

19 FED-EX CORPORATION,

20            Defendant.

21

22     IT IS HEREBY STIPULATED between Plaintiff Dawn Mackey and Defendant Fed-Ex

23 Corporation ("Defendant"), by and through their designated counsel of record, that this case and

24 each and every cause of action be dismissed in its entirety against Defendant, with prejudice

25 pursuant to Nevada Rule of Civil Procedure 41, each party to bear their own costs and attorneys'

26 ...

27 ...

28 ...

LITTLER MENDELSON
ATTORNEYS AT LAW
50 West Liberty
Suite 400
Reno, NV 89501
775 348 4888

1 | fees.

2 | Dated: June 2, 2006                LITTLER MENDELSON

4 | By:_____/s/_____
    SUSAN HEANEY HILDEN, ESQ.

    Attorney for Defendants
    FED-EX CORPORATION

8 | Dated: June 2, 2006                HARDY LAW GROUP

10 | By:_____/s/_____
     IAN SILVERBERG, ESQ.

     Attorney for Plaintiff
     DAWN MACKEY

SO ORDERED this __5__ day of __July_____, 2006.

_Edward C. Rud_
UNITED STATES ~~MAGISTRATE~~ District Judge

Firmwide:81118188.1 049923.1002
6/7/06

LITTLER MENDELSON
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV 89501
775.348.4888

2.